

# The Attorney General of Texas

October 4, 1979

**MARK WHITE**
**Attorney General**

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Dr. Kenneth H. Ashworth
Coordinating Board
Texas College and University System
P. O. Box 12788, Capitol Station
Austin, Texas 78711

Opinion No. MW-64

Re: Authority of governing board to change name of statutorily authorized institutions of higher education.

Dear Dr. Ashworth:

You inquire about the authority of governing boards and the Coordinating Board, Texas College and University System, to rename statutorily authorized institutions of higher education.

The names of the institutions about which you inquire are established by statute. We believe an administrative body lacks authority to change a statutorily established name. An administrative agency has only those powers expressly conferred by statute or implied therefrom. Stauffer v. City of San Antonio, 344 S.W.2d 158 (Tex. 1961). It may not promulgate rules that conflict with general law. State v. Jackson, 376 S.W.2d 341 (Tex. 1964); see also Brown Express, Inc. v. Railroad Commission, 415 S.W.2d 394 (Tex. 1967); Kelly v. Industrial Accident Board, 358 S.W.2d 874 (Tex. Civ. App. — Austin 1962, writ ref'd). The legislature has amended the Education Code on numerous occasions to change the name of a state college or university. See, e.g., Educ. Code § 87.001 (Tarleton State University); § 87.101 (Prairie View A&M University); § 104.01 (University System of South Texas); § 113.01 (Texas Eastern University). See also Attorney General Opinions WW–1035 (1961) (name of the "Agricultural and Mechanical College of Texas" may be changed by act of the legislature and does not require constitutional amendment); WW–473 (1958) (water control and improvement district may not change its name). We find no provision expressly authorizing the Coordinating Board or the Regents of the various colleges and universities to change the name of an institution under their jurisdiction. Accordingly, the statutorily established name of a state-supported college or university may not be changed in the absence of authority granted by the legislature.

## SUMMARY

The Coordinating Board and the governing boards of state-supported colleges and universities may not

change the legislatively established name of an institution under their jurisdiction.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by Susan Garrison
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Susan Garrison
Rick Gilpin
William G Reid
Bruce Youngblood
Lonny Zwiener